UNITED STATES DISTRICT COURT

**FILED**

**JAN 2 5 2012**

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTHERN VALLEY COMMUNICATIONS, L.L.C., a South Dakota Limited Liability Company, | ) ) ) ) | CIV. 11-4053-KES |
| | ) | |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR A PROTECTIVE |
| vs. | ) | ORDER |
| | ) | |
| SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware Limited Partnership, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Northern Valley Communications, L.L.C., and defendant, Sprint Communications Company, L.P., dispute paragraph 20 of the parties' stipulated protective order, Dockets 19, 20, which reads as follows: "Documents and things produced by any third-party Signatory to this Protective Order in response to a subpoena or otherwise shall be used solely for the action(s) in which they are produced and in accordance with the terms of this Protective Order, unless the third-party signatory otherwise agrees." Docket 19 at 25.

The court has reviewed the parties' briefs and agrees with Northern Valley's position. Paragraph 20 will protect the parties' confidential or commercial information, which is the purpose of a protective order. Fed. R. Civ. P. 26(c)(1)(G); *see also In re Access Charge Cases*, 09-cv-01003-CBK, Docket 74 (Dec. 16, 2009) (holding in a case involving a dispute like the one at issue here that similar language in a protective order was proper). Accordingly, it is

ORDERED that plaintiff's proposed protective order (Docket 19) is granted in full.

Dated January 25, 2012.

BY THE COURT:

_Karen E. Schreier_

KAREN E. SCHREIER
CHIEF JUDGE

2